# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Abdur Rahim Mahmood,

    Plaintiff,

vs.

Curtis D. Driggers, Jr., et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

3:10-cv-409-RJC

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2011 Order.

Signed: November 29, 2011

Frank G. Johns, Clerk
United States District Court